IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SINNA DENNIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:07-0127 |
| ) | Judge Trauger |
| JEWEL STEEL, Warden, LT. BILLIE ) | Magistrate Judge Bryant |
| MCCLESKY, TN Prison for Women, ) | |
| SGT. (F/N/U) HENRY, and ) | |
| OFFICER (F/N/U) EAGEN, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On August 19, 2008, the Magistrate Judge issued a Report and Recommendation (Docket No. 32), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the claims against defendants Henry, McClesky, and Steel only are **DISMISSED WITH PREJUDICE**.

This case is **REFERRED** back to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED.**

ENTER this 9th day of September 2008.

_____
ALETA A. TRAUGER
U.S. District Judge