# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| SINNA DENNIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:07-0127 |
| | ) | Judge Trauger |
| OFFICER (F/N/U) EAGEN, | ) | Magistrate Judge Bryant |
| | ) | |
| Defendant. | ) | |

## O R D E R

On December 9, 2008, the Magistrate Judge issued a Report and Recommendation, recommending that this case be dismissed. (Docket No. 39) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m), FED. R. CIV. P., for failure to obtain service of process on the only remaining defendant.

It is so **ORDERED.**

ENTER this 30th day of January 2009.

_____
ALETA A. TRAUGER
U.S. District Judge